IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOHN WAYNE MORGAN                                                                                        PLAINTIFF
ADC #650440

V.                                            NO. 4:23-cv-00397-BRW

ANDREW CLARK, *et al.*                                                                                DEFENDANTS

## ORDER

I have reviewed the Recommended Disposition[1] submitted by United States Magistrate Judge Edie R. Ervin. After careful review of the Recommendation, Mr. Morgan's timely objections, as well as a de novo review of the record, I approve and adopt the Recommendation in all respects.

Defendants' motion for summary judgment[2] is GRANTED. Mr. Morgan's claims are DISMISSED, without prejudice, based on his failure to fully exhaust his administrative remedies.

IT IS SO ORDERED this 13th day of December, 2023.

                                                               Billy Roy Wilson
                                                               UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 28.

[2] Doc. No. 20.