IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOHN WAYNE MORGAN**     **PLAINTIFF**
**ADC #650440**

V.     NO. 4:23-cv-00397-BRW

**ANDREW CLARK,** *et al*.     **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered today, this case is dismissed. All relief sought is denied, and the case is closed.

IT IS SO ORDERED this 13th day of December, 2023.

_Billy Roy Wilson_
UNITED STATES DISTRICT JUDGE